IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00489-CMA-KLM

JOSE MEDINA ESCOBAR,

    Plaintiff,

v.

ASSOCIATE WARDEN S. FOSTER,
DEPUTY DIRECTOR L. REID,
MAJOR L. MAIFELD,
LIEUTENANT L. TRAVIS,
LIEUTENANT TEDEMANN,
LIEUTENANT BURKE,
CAPTAIN PADILLA,
CAPTAIN D. WILLIAMS,
SERGEANT MARQUEZ,
SERGEANT MONTGOMERY,
SERGEANT KELEMAN,
SERGEANT HAWKINS,
SERGEANT FRETWELL,
C/O CALDARONELLO,
C/O P. ARCHULETA,
C/O ALANIS,
C/O AURITI,
C/O SAUCIDO,
C/O KITCHEN,
C/O S. HARTUNG,
C/O MONTANEZ,
C/O B. TETRICK, and
C/O VERSTEEGH,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on **Plaintiff's Motion for Leave to Submit his Supplemental Complaint** [Docket No. 12; Filed April 5, 2012] (the "Motion").

1

IT IS HEREBY **ORDERED** that the Motion is **DENIED WITHOUT PREJUDICE**. Although Plaintiff proceeds *pro se* in this matter, he is obligated to comply with the same rules of procedure that govern all litigants.  *See Green v. Dorrell*, 969 F.2d 915, 917 (10th Cir. 1992).  The Court will not permit piecemeal pleading, and thus will not allow Plaintiff to submit a "supplemental complaint" to be considered in addition to his Complaint [#1], which is the operative pleading.  If Plaintiff wants to file an Amended Complaint, he must submit one proposed Amended Complaint for the Court's review.

IT IS FURTHER **ORDERED** that, pursuant to the Waiver of Service of Summons [Docket No. 9; Filed March 29, 2012], Defendants Reid, Foster, Travis, Padilla, Hawkins, Saucido, Tetrick, Williams, Maifeld, Burke, Marquez, Auriti, Montanez, Stringer, Fretwell, Tedemann, Caldaronello, Montgomery, Archuleta, and Alanis shall answer or otherwise respond to Plaintiff's Complaint [#1] on or before **May 29, 2012**.

To date, Defendants Keleman, Kitchen, and Versteegh remain unserved, and Plaintiff has not provided a physical address for Defendant Versteegh.  *See Return*, [#11] ("cannot serve P.O. Box - need physical address").

Dated:  April 9, 2012