IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00489-CMA-KLM

JOSE MEDINA ESCOBAR,

     Plaintiff,

v.

ASSOCIATE WARDEN S. FOSTER,
DEPUTY DIRECTOR L. REID,
MAJOR L. MALFELD,
LIEUTENANT L. TRAVIS,
LIEUTENANT TEDEMANN,
LIEUTENANT BURKE,
CAPTAIN PADILLA,
CAPTAIN D. WILLIAMS,
SERGEANT MARQUEZ,
SERGEANT MONTGOMERY,
SERGEANT KELEMAN,
SERGEANT HAWKINS,
SERGEANT FRETWELL,
C/O CALDARONELLO,
C/O P. ARCHULETA,
C/O ALANIS,
C/O AURITI,
C/O SAUCIDO,
C/O KITCHEN,
C/O S. HARTUNG,
C/O MONTANEZ,
C/O B. TETRICK, and
C/O VERSTEEGH,

     Defendants.
_____

# MINUTE ORDER
_____

## ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX

    This matter is before the Court on **Plaintiff's Motion for Court Order of a Final Judgement [sic]** [Docket No. 37; Filed June 15, 2012].  The request for relief in the Motion is unclear.  To the extent that Plaintiff asks permission to file an amended complaint, the Court restates its previous instruction, that Plaintiff must submit <u>one</u> proposed Amended

Complaint for the Court's review, in the interests of judicial efficiency and clarity of the docket.  *See* [#21].  To the extent that Plaintiff inquires about the status of this case, the Court informs Plaintiff that Defendants filed an Answer in response to his Complaint on May 30, 2012 [#29], and a Preliminary Scheduling Conference is scheduled for July 3, 2012, at 9:30 a.m. [#31].

Regarding the request for entry of judgment, Plaintiff does not cite any procedural rule or legal authority in support of this request, thus the Court rejects it as unsubstantiated. *See* D.C.COLO.LCivR 7.1C., 7.1H.  Accordingly,

IT IS HEREBY **ORDERED** that the Motion is **GRANTED IN PART** and **DENIED IN PART** as stated herein.

Dated:  June 19, 2012