IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00489-CMA-KLM

JOSE MEDINA ESCOBAR,

    Plaintiff,

v.

ASSOCIATE WARDEN S. FOSTER,
DEPUTY DIRECTOR L. REID,
MAJOR L. MALFELD,
LIEUTENANT L. TRAVIS,
LIEUTENANT TEDEMANN,
LIEUTENANT BURKE,
CAPTAIN PADILLA,
CAPTAIN D. WILLIAMS,
SERGEANT MARQUEZ,
SERGEANT MONTGOMERY,
SERGEANT KELEMAN,
SERGEANT HAWKINS,
SERGEANT FRETWELL,
C/O CALDARONELLO,
C/O P. ARCHULETA,
C/O ALANIS,
C/O AURITI,
C/O SAUCIDO,
C/O KITCHEN,
C/O S. HARTUNG,
C/O MONTANEZ,
C/O B. TETRICK, and
C/O VERSTEEGH,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the document titled **"Plaintiff Motions the Court to Enter an Order for Any Relief it Deems Appropriate in the Matters Herein"** [Docket No. 46; Filed June 29, 2012] (the "Motion"). In the Motion, Plaintiff recounts a series of factual allegations paralleling those in his Complaint, *see* [#1], but does not state a clear

1

request for relief, and does not provide relevant legal authority in support of a request for relief. Plaintiff appears to indicate that he is unable to prosecute this lawsuit, but the regular pace of filings on the docket by Plaintiff belies this assertion. In any event, Plaintiff is no stranger to litigation in this District, and has amply demonstrated his ability to frame facts and to state clear requests for relief. *E.g., Escobar v. Hachey*, Case No. 11-cv-01443-CMA-KLM (voluntarily dismissed without prejudice); *Escobar v. Huertas*, Case No. 11-cv-00169-CMA-KLM (voluntarily dismissed without prejudice); *Escobar v. Wright*, Case No. 10-cv-02050-CMA-KLM (summary judgment entered in favor of defendants); *Escobar v. Jones*, Case No. 09-cv-02207-CMA-KLM (pending trial); *Escobar v. No Defendants Named*, Case No. 08-cv-01992-ZLW (dismissed without prejudice); *Escobar v. Olivett*, Case No. 06-cv-01222-CMA-KLM (dismissed *sua sponte* on the merits). Accordingly,

IT IS HEREBY **ORDERED** that the Motion is **DENIED WITHOUT PREJUDICE** pursuant to D.C.COLO.LCivR 7.1C. and 7.1H. Should Plaintiff renew this Motion, he must state a clear request for relief and he must provide relevant legal authority in support of his request.

Dated: July 2, 2012