IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00489-CMA-KLM

JOSE MEDINA ESCOBAR,

    Plaintiff,

v.

ASSOCIATE WARDEN S. FOSTER,
DEPUTY DIRECTOR L. REID,
MAJOR L. MALFELD,
LIEUTENANT L. TRAVIS,
LIEUTENANT TEDEMANN,
LIEUTENANT BURKE,
CAPTAIN PADILLA,
CAPTAIN D. WILLIAMS,
SERGEANT MARQUEZ,
SERGEANT MONTGOMERY,
SERGEANT HAWKINS,
SERGEANT FRETWELL,
C/O CALDARONELLO,
C/O P. ARCHULETA,
C/O ALANIS,
C/O AURITI,
C/O SAUCIDO,
C/O KITCHEN,
C/O S. HARTUNG,
C/O MONTANEZ, and
C/O B. TETRICK,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on **Plaintiff's Motion for Copies of All Legal-Mail, Copy of Civil Complaint, and Affidavits** [Docket No. 54; Filed July 23, 2012] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED** as follows. The Clerk's Office is directed to mail to Plaintiff a copy of the docket and a copy of the docket entries located at Docket Nos. 1, 42, 43, 44, 49, 50, and 52. The Court grants this request as a

one-time courtesy to Plaintiff.  The Court reminds Plaintiff that regardless of his *in forma pauperis* status, he is not entitled to unlimited cost-free copies and forms in this litigation. *See Windsor v. Martindale*, 175 F.R.D. 665, 670-72 (D. Colo. 1997).

     Dated:  July 25, 2012