IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00489-CMA-KLM

JOSE MEDINA ESCOBAR,

    Plaintiff,

v.

ASSOCIATE WARDEN S. FOSTER,
DEPUTY DIRECTOR L. REID,
MAJOR L. MALFELD,
LIEUTENANT L. TRAVIS,
LIEUTENANT TEDEMANN,
LIEUTENANT BURKE,
CAPTAIN PADILLA,
CAPTAIN D. WILLIAMS,
SERGEANT MARQUEZ,
SERGEANT MONTGOMERY,
SERGEANT HAWKINS,
SERGEANT FRETWELL,
C/O CALDARONELLO,
C/O P. ARCHULETA,
C/O ALANIS,
C/O AURITI,
C/O SAUCIDO,
C/O KITCHEN,
C/O S. HARTUNG,
C/O MONTANEZ, and
C/O B. TETRICK,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on **Plaintiff's Motion for Copy of Plaintiff's Affidavit and Scheduling Order** [Docket No. 68; Filed October 5, 2012] (the "Motion"). No response to the Motion has been filed. Plaintiff requests a copy of an Affidavit [#13] he filed in support of his Complaint [#1] and a copy of the Scheduling Conference Minute Order [#64] which he claims he never received. Plaintiff explains that in a prior Order [#56], the Court granted his request for a copy of the Complaint but when he received it, the affidavit was not included.

IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. The Clerk's Office is directed to mail to Plaintiff a copy of the documents at Docket Nos. 13 and 64. The Court reminds Plaintiff that regardless of his *in forma pauperis* status, he is not entitled to unlimited cost-free copies and forms in this litigation. *See Windsor v. Martindale*, 175 F.R.D. 665, 670-72 (D. Colo. 1997).

Dated: November 29, 2012