IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00489-CMA-KLM

JOSE MEDINA ESCOBAR,

    Plaintiff,

v.

ASSOCIATE WARDEN S. FOSTER,
DEPUTY DIRECTOR L. REID,
MAJOR L. MALFELD,
LIEUTENANT L. TRAVIS,
LIEUTENANT TEDEMANN,
LIEUTENANT BURKE,
CAPTAIN PADILLA,
CAPTAIN D. WILLIAMS,
SERGEANT MARQUEZ,
SERGEANT MONTGOMERY,
SERGEANT HAWKINS,
SERGEANT FRETWELL,
C/O CALDARONELLO,
C/O P. ARCHULETA,
C/O ALANIS,
C/O AURITI,
C/O SAUCIDO,
C/O KITCHEN,
C/O S. HARTUNG,
C/O MONTANEZ, and
C/O B. TETRICK,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Defendants' **Motion to Extend the Deadline for the Completion of Discovery and the Dispositive Motions Deadline** [Docket No. 75; Filed December 20, 2012] (the "Motion to Extend") and Defendants' **Motion for Leave to Depose Plaintiff, An Incarcerated Party** [#76; Filed December 20, 2012] (the "Motion for Leave"). Plaintiff has not responded to either motion and the time to do so has expired. Absent any opposition and good cause appearing,

IT IS HEREBY **ORDERED** that the Motion to Extend [#75] is **GRANTED**. The Scheduling Conference Minute Order entered on August 16, 2012 [#64] is modified to extend the following deadlines:

- Discovery Deadline     **February 15, 2013**
- Dispositive Motions Deadline     **March 15, 2013**

IT IS FURTHER **ORDERED** that the Motion for Leave [#76] is **GRANTED**. Pursuant to Fed. R. Civ. P. 30(a)(2), Defendants are granted leave to depose Plaintiff, who is confined in prison.

Dated: February 1, 2013