IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00489-CMA-KLM

JOSE MEDINA ESCOBAR,

    Plaintiff,

v.

ASSOCIATE WARDEN S. FOSTER,
DEPUTY DIRECTOR L. REID,
MAJOR L. MALFELD,
LIEUTENANT L. TRAVIS,
LIEUTENANT TEDEMANN,
LIEUTENANT BURKE,
CAPTAIN PADILLA,
CAPTAIN D. WILLIAMS,
SERGEANT MARQUEZ,
SERGEANT MONTGOMERY,
SERGEANT HAWKINS,
SERGEANT FRETWELL,
C/O CALDARONELLO,
C/O P. ARCHULETA,
C/O ALANIS,
C/O AURITI,
C/O SAUCIDO,
C/O KITCHEN,
C/O S. HARTUNG,
C/O MONTANEZ, and
C/O B. TETRICK,

    Defendants.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Motion to Impose Sanctions** [Docket No. 87; Filed February 28, 2013] (the "Motion"). On March 21, 2013, Defendants filed a Response [#91]. Plaintiff did not file a Reply.

    Plaintiff seeks sanctions against Defendants for failing to timely respond to his written discovery requests. *Motion* [#87]. Plaintiff avers that he sent his written discovery requests to Defendants on December 26, 2012. *Id.* At that time, the discovery deadline

was January 1, 2013. *Minutes* [#64]. At the Scheduling Conference held on August 16, 2013, the Court informed Plaintiff, orally and subsequently in writing, that requests for written discovery must be served no later than 33 days prior to the close of discovery. *Id.* at 2. Thus, Plaintiff's requests sent on December 26, 2012 were untimely.

The discovery deadline was subsequently reset to February 15, 2013, and then to March 15, 2013. *Minute Orders* [#84, #99]. Based on these extensions, Defendants treated Plaintiff's discovery requests as timely filed as of the date of the first granted extension. *Response* [#91] at 2. Defendants then timely served Plaintiff with their written responses. *Id.* at 3. As noted, Plaintiff has not filed a Reply to contest any of these assertions. The Court finds that Defendants timely responded to Plaintiff's requests for written discovery. Accordingly,

IT IS HEREBY **ORDERED** that the Motion [#87] is **DENIED**.

Dated: May 1, 2013