IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00489-CMA-KLM

JOSE MEDINA ESCOBAR,

    Plaintiff,

v.

ASSOCIATE WARDEN S. FOSTER,
DEPUTY DIRECTOR L. REID,
MAJOR L. MALFELD,
LIEUTENANT L. TRAVIS,
LIEUTENANT TEDEMANN,
LIEUTENANT BURKE,
CAPTAIN PADILLA,
CAPTAIN D. WILLIAMS,
SERGEANT MARQUEZ,
SERGEANT MONTGOMERY,
SERGEANT HAWKINS,
SERGEANT FRETWELL,
C/O CALDARONELLO,
C/O P. ARCHULETA,
C/O ALANIS,
C/O AURITI,
C/O SAUCIDO,
C/O KITCHEN,
C/O S. HARTUNG,
C/O MONTANEZ, and
C/O B. TETRICK,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Motion for Leave to Amend** [Docket No. 78; Filed January 2, 2013]; on Plaintiff's **Motion for Leave to Amend** [Docket No. 82; Filed January 24, 2013]; on Plaintiff's **Motion for Leave to Amend** [Docket No. 92; Filed March 29, 2013]; on Plaintiff's **Motion for Leave to Amend** [Docket No. 94; Filed April 11, 2013]; and on Plaintiff's **Motions the Court to Accept Amended Complaint as Governing Complaint** [sic] [Docket No. 96; Filed April 18, 2013]. Defendants have not filed Responses to any of these five Motions.

In each Motion, Plaintiff seeks leave to amend the Complaint [#1] so that the evidence Plaintiff has obtained during discovery may be correctly alleged in the governing complaint. [#94].  As Plaintiff is well aware, Plaintiff must submit one proposed Amended Complaint for the Court's review, in the interests of judicial efficiency and clarity of the docket.  *See Minute Order* [#21].  Plaintiff has submitted proposed amended complaints with most of his motions to amend.  *See* [#78-1, #82-1, #92, #94].  However, not one of these proposed complaints contains a cover sheet with the caption of the case or Section A. of the Prisoner Complaint form, specifying the parties.  *See, e.g.*, *Compl.* [#1] at 1-6.  As Plaintiff has been warned on multiple occasions, the Court will not accept an incomplete version of Plaintiff's proposed amended complaint.  *See Minute Order* [#21].

Moreover, the discovery deadline in this matter expired on March 15, 2013.  Three of Plaintiff's five Motions were filed after that date and are clearly untimely.  The two earliest Motions are procedurally defective.  Accordingly,

IT IS HEREBY **ORDERED** that the Motions [#78, #82, #92, #94, #96] are **DENIED**.

Dated:  May 1, 2013