IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00489-CMA-KLM

JOSE MEDINA ESCOBAR,

    Plaintiff,

v.

ASSOCIATE WARDEN S. FOSTER,
DEPUTY DIRECTOR L. REID,
MAJOR L. MALFELD,
LIEUTENANT L. TRAVIS,
LIEUTENANT TEDEMANN,
LIEUTENANT BURKE,
CAPTAIN PADILLA,
CAPTAIN D. WILLIAMS,
SERGEANT MARQUEZ,
SERGEANT MONTGOMERY,
SERGEANT HAWKINS,
SERGEANT FRETWELL,
C/O CALDARONELLO,
C/O P. ARCHULETA,
C/O ALANIS,
C/O AURITI,
C/O SAUCIDO,
C/O KITCHEN,
C/O S. HARTUNG,
C/O MONTANEZ, and
C/O B. TETRICK,

    Defendants.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Motion for Copys of Legal-Mail** [sic] [Docket No. 85; Filed February 7, 2013] (the "Motion"). No response to the Motion has been filed. Plaintiff requests a copy of his legal mail which he asserts he should have received and/or sent on January 30, 2013. He alleges that his unit sergeant, Sgt. Gonzales, prevented him from receiving or sending this legal mail. Plaintiff does not specify what mail in particular he believes was not received or sent on or around January 30, 2013, although he mentions that he had expected contact from two attorneys "regarding

1

his medical legal options." *Motion* [#85] at 2.

IT IS HEREBY **ORDERED** that the Motion [#85] is **DENIED without prejudice**. If Plaintiff seeks to refile his motion, he must provide specific details on what mail Plaintiff believes he has not received or been able to send.

IT IS FURTHER **ORDERED**, *sua sponte*, that the Clerk's Office is directed to mail to Plaintiff a copy of the document at Docket No. 81, filed on January 24, 2013. The Court reminds Plaintiff that regardless of his *in forma pauperis* status, he is not entitled to unlimited cost-free copies and forms in this litigation. *See Windsor v. Martindale*, 175 F.R.D. 665, 670-72 (D. Colo. 1997).

Dated: May 1, 2013