**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 12-cv-00489-CMA-KLM

JOSE MEDINA ESCOBAR,

    Plaintiff,

v.

ASSOCIATE WARDEN S. FOSTER,
DEPUTY DIRECTOR L. REID,
MAJOR L. MALFELD,
LIEUTENANT L. TRAVIS,
LIEUTENANT TEDEMANN,
LIEUTENANT BURKE,
CAPTAIN PADILLA,
CAPTAIN D. WILLIAMS,
SERGEANT MARQUEZ,
SERGEANT MONTGOMERY,
SERGEANT KELEMAN,
SERGEANT HAWKINS,
SERGEANT FRETWELL,
C/O CALDARONELLO,
C/O P. ARCHULETA,
C/O ALANIS,
C/O AURITI,
C/O SAUCIDO,
C/O KITCHEN,
C/O S. HARTUNG,
C/O MONTANEZ,
C/O B. TETRICK, and
C/O VERSTEEGH,

    Defendants.

---

**ORDER ADOPTING AND AFFIRMING JUNE 24, 2013, RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE**

---

This matter is before the Court on the recommendations by the Magistrate Judge that Plaintiff's motion that the Defendant's Motion to Dismiss be denied.

Both parties have objected to these recommendations. (Doc. ## 128, 139)  In light of the objections, the Court has conducted the requisite *de novo* review of the issues, the recommendations and Plaintiff's objections.  Based on this review, the Court concludes that the Magistrate Judge's thorough and comprehensive analyses and recommendations are sound and that there is no clear error on the face of the record. *See* Fed. R. Civ. P. 72.

The Court is aware that in a related case, *Escobar v. Maifeld*, 12-cv-01662-CMA-CBS, Plaintiff has obtained legal counsel.  The Court expects that Plaintiff will consult with his legal counsel if he continues to litigate the myriad claims and cases he has brought before this Court.  If he chooses to proceed *pro se* in this case, he must comply with the terms of the injunction outlined in the Magistrate Judge's Report and Recommendation.  If he does not comply with this injunction, as the Recommendation indicates, he has been sufficiently warned that he will face more drastic filing restrictions in the future.

Accordingly,

IT IS ORDERED that the June 24, 2013 Recommendation of United States Magistrate Judge (Doc. # 123) is ACCEPTED and, for the reasons cited therein, Defendant's Motion to Dismiss (Doc. # 110) is DENIED.

IT IS FURTHER ORDERED that to prevent unduly duplicative litigation in the future, Plaintiff is enjoined from proceeding in this Court without the representation of a

licensed attorney admitted to practice in this court, unless he first obtains permission to proceed *pro se.*

DATED: October 31, 2013

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge