**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 12-cv-00489-CMA-KLM

JOSE MEDINA ESCOBAR,

    Plaintiff,

v.

ASSOCIATE WARDEN S. FOSTER,
DEPUTY DIRECTOR L. REID,
MAJOR L. MALFELD,
LIEUTENANT L. TRAVIS,
LIEUTENANT TEDEMANN,
LIEUTENANT BURKE,
CAPTAIN PADILLA,
CAPTAIN D. WILLIAMS,
SERGEANT MARQUEZ,
SERGEANT MONTGOMERY,
SERGEANT KELEMAN,
SERGEANT HAWKINS,
SERGEANT FRETWELL,
C/O CALDARONELLO,
C/O P. ARCHULETA,
C/O ALANIS,
C/O AURITI,
C/O SAUCIDO,
C/O KITCHEN,
C/O S. HARTUNG,
C/O MONTANEZ,
C/O B. TETRICK, and
C/O VERSTEEGH,

    Defendants.

---

**ORDER GRANTING MOTION FOR ADMINISTRATIVE CLOSURE
AND DENYING OTHER MOTIONS**

---

This matter is before the Court on Plaintiffs' Motion for Administrative Closure (Doc. # 140). For the reasons stated below, the Court GRANTS the Motion for Administrative Closure. The Court having reviewed the Motion, and being otherwise advised, hereby ORDERS:

1. The Clerk of the Court is directed to ADMINISTRATIVELY CLOSE the above-referenced civil action pursuant to D.C.Colo.LCiv.R 41.2.

2. Plaintiff may reopen this matter for good cause, subject to consultation with his appointed counsel in case number 12-cv-01662-CMA-CBS.

3. The Court notes that Plaintiff filed a number of pending motions prior to his instant motion to administratively close. (Doc. ## 97, 100, 108, 121, 124,126, 130, 135) In light of Plaintiff's decision to administratively close this case, these motions are all DENIED WITHOUT PREJUDICE.

DATED: October 31, 2013

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge