IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00489-CMA-KLM

JOSE MEDINA ESCOBAR,

      Plaintiff,

v.

ASSOCIATE WARDEN S. FOSTER,
DEPUTY DIRECTOR L. REID,
MAJOR L. MALFELD,
LIEUTENANT L. TRAVIS,
LIEUTENANT TEDEMANN,
LIEUTENANT BURKE,
CAPTAIN PADILLA,
CAPTAIN D. WILLIAMS,
SERGEANT MARQUEZ,
SERGEANT MONTGOMERY,
SERGEANT HAWKINS,
SERGEANT FRETWELL,
C/O CALDARONELLO,
C/O P. ARCHULETA,
C/O ALANIS,
C/O AURITI,
C/O SAUCIDO,
C/O KITCHEN,
C/O S. HARTUNG,
C/O MONTANEZ, and
C/O B. TETRICK,

      Defendants.

_____

## MINUTE ORDER
_____

## ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX

      This matter is before the Court on a document entitled **Plaintiff Motions the Court for Mercy** [#149][1] (the "Motion"). On October 31, 2013, the Court entered an Order [#142] granting Plaintiff's Motion for Administrative Closure Under D.C.COLO.LCivR 41.2 [#140].

---

[1] "[#149]" is an example of the convention I use to identify the docket number assigned to a specific paper by the Court's case management and electronic case filing system (CM/ECF). I use this convention throughout this Minute Order.

In its Order, the Court informed Plaintiff that he "may reopen this matter for good cause, subject to consultation with his appointed counsel in case number 12-cv-01662-CMA-CBS." *Order* [#142] at 2.  No motion to reopen the case has been filed and the case remains administratively closed.  Accordingly,

IT IS HEREBY **ORDERED** that the Motion [#149] is **STRICKEN**.

Dated:  January 29, 2014